AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**CORINA FLORES-TEJADA**<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   2:23-mj-18-EJY<br><br>Charging District:   District of Arizona<br>Charging District's Case No.   2:06-CR-913 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Arizona District Court<br>Sandra Day O'Connor United States Courthouse<br>401 West Washington Street, Room 130<br>Phoenix, AZ 85003 | Courtroom No.: TBD<br><br>Date and Time: TBD |
|---|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   January 17, 2023

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

JAN 1 7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY